IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01055-CMA-KLM

GREENWAY UNIVERSITY, INC., a Colorado corporation,

　　Plaintiff,

v.

GREENWAY OF ARIZONA, LLC, an Arizona limited liability company,
GREEN HORIZONS UNIVERSITY, an unknown business entity,
RAINFOREST COLLECTIVE, an unknown business entity,
HALBERT HOLDINGS, LLC, an unknown business entity,
DAN HALBERT, individually,
JESSE RODRIGUEZ, individually,
JARED SIMMONS, individually, and
SIMMONS AND GOTTFRIED, PLLC, an Arizona limited liability company,

　　Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on Defendant's **Motion of Greenway Arizona, LLC to Disqualify Thomas Ryan as Counsel of Plaintiff** [Docket No. 55; Filed June 30, 2011] ("Motion") and **Amended Motion of Greenway Arizona, LLC to Disqualify Thomas Ryan as Counsel of Plaintiff** [Docket No. 59; Filed July 14, 2011] ("Amended Motion").  The Amended Motion replaces the Motion.  Accordingly,

　　IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.  The Amended Motion shall be handled in due course after it has been fully briefed.

　　Dated:  July 15, 2011