IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01055-RBJ-KLM

GREENWAY UNIVERSITY, INC., a Colorado corporation,

    Plaintiff,

v.

GREENWAY OF ARIZONA, LLC, an Arizona limited liability company,
GREEN HORIZONS UNIVERSITY, an unknown business entity,
RAINFOREST COLLECTIVE, an unknown business entity,
HALBERT HOLDINGS, LLC, an unknown business entity,
DAN HALBERT, individually,
JESSE RODRIGUEZ, individually,
JARED SIMMONS, individually, and
SIMMONS AND GOTTFRIED, PLLC, an Arizona limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Vacate Settlement Conference** [Docket No. 92; Filed February 9, 2012] (the "Motion").  As a preliminary matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., which alone is a basis for denial without prejudice.  However, in the interest of judicial efficiency,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set for February 15, 2012, is **VACATED**.  The Court is not inclined to engage in settlement negotiations if one side is not prepared to do so.  If, in the future, both sides are willing to engage in a Court-facilitated settlement conference, the parties may file a joint motion requesting a settlement conference at that time.

    Dated:  February 10, 2012